UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| CALVIN THOMAS KING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA; D.O.C.; LINDSEY JENNELLE; DEBORAH MACNEIL; SUSAN NORTON; AMANDA ANTHONY; JOHN QUIST; COREY ANDERSON; LIND NACOLE; JASON HILLS; BOB MARTIN; JASON SMITH; DOUG WITTE; JEFF AUSTRONG; DOC OAK PARK; DOC STILLWATER; and LORI KORTE,<br><br>　　　　　Defendants. | Civil No. 17-5264 (JRT/BRT)<br><br>**AMENDED ORDER ON REPORT AND RECOMMENDATION** |

Calvin Thomas King, OID #175897, MCF-Stillwater, 970 Pickett Street, Bayport, MN 55003, *pro se* plaintiff.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on April 16, 2018 (Docket No. 8). No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.　　This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 2, 2018  s/John R. Tunheim
at Minneapolis, Minnesota  JOHN R. TUNHEIM
Chief Judge
United States District Court