## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

CALVIN THOMAS KING,

                Plaintiff,

v.

STATE OF MINNESOTA; D.O.C.; LINDSEY
JENNELLE; DEBORAH MACNEIL; SUSAN
NORTON; AMANDA ANTHONY; JOHN
QUIST; COREY ANDERSON; LIND
NACOLE; JASON HILLS; BOB MARTIN;
JASON SMITH; DOUG WITTE; JEFF
AUSTRONG; DOC OAK PARK; DOC
STILLWATER; and LORI KORTE,

                Defendants.

Civil No. 17-5264 (JRT/BRT)

**ORDER ON REPORT
AND RECOMMENDATION**

---

Calvin Thomas King, OID #175897, MCF-Stillwater, 970 Pickett Street, Bayport, MN 55003, *pro se* plaintiff.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on April 16, 2018 (Docket No. 8). No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.      This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 2, 2018                     s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court